FILED
CLERK U.S. DISTRICT COURT

MAY - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR07-1092

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. Patricia Anderson | ) ) ) ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓) the appearance of defendant as required; and/or

(B)  (✓) the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: *She can abide by court order*

(B) ( ) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: *She can abide by court order*

IT IS ORDERED that defendant be detained.

DATED: 5/4/09

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE